# EXHIBIT E

**CELEBRATING 10 YEARS OF INNOVATION AND SERVICE**



PRIDE GARDEN PRODUCTS™

GROWERS  GARDEN CENTERS  CARTS

10/11






### NEW! D521 10" Jack-O-Lantern Fall Pallet

| ITEM# | DESCRIPTION | COLOR | SIZE | #/PALLET |
|---|---|---|---|---|
| 82111 | Happy Jack-o-Lantern | Orange | 10" x 6" | 240 |

### NEW! D522 12" Jack-O-Lantern Fall Pallet

| ITEM# | DESCRIPTION | COLOR | SIZE | #/PALLET |
|---|---|---|---|---|
| 82114 | Happy Jack-o-Lantern | Orange | 12" x 9" | 180 |







### NEW! D540 10" Burgundy Pumpkin Fall Pallet

| ITEM# | DESCRIPTION | COLOR | SIZE | #/PALLET |
|---|---|---|---|---|
| 82113 | Pumpkin | Burgundy | 10" x 6" | 240 |

### NEW! D542 12" Burgundy Pumpkin Fall Pallet

| ITEM# | DESCRIPTION | COLOR | SIZE | #/PALLET |
|---|---|---|---|---|
| 82116 | Pumpkin | Burgundy | 12" x 9" | 180 |

### NEW! D530 10" Orange Pumpkin Fall Pallet

| ITEM# | DESCRIPTION | COLOR | SIZE | #/PALLET |
|---|---|---|---|---|
| 82112 | Pumpkin | Orange | 10" x 6" | 240 |

### NEW! D532 12" Orange Pumpkin Fall Pallet

| ITEM# | DESCRIPTION | COLOR | SIZE | #/PALLET |
|---|---|---|---|---|
| 82115 | Pumpkin | Orange | 12" x 9" | 180 |





www.pridegarden.com | 1.866.304.2626

TERRAIN PATIO

27

ORDERING INFORMATION

# ORDERS

480 Shoemaker Road, Suite 101
King of Prussia, PA 19406
Phone: 1.866.304.2626
Fax: 610.265.3978




Save water. Grow green.℠

www.pridegarden.com

**PHONE ORDERS**
Monday - Friday 8:30 AM to 5:00 PM EST
1.610.265.3977
1.866.304.2626 (Toll Free)

**FAX ORDERS**
24 hours a day
1.610.265.3978

**MAIL ORDERS**
Pride Garden Products
480 Shoemaker Road, Suite 101
King of Prussia, PA 19406

10/11

© 2010 The Pride Group, Inc. All rights reserved.