# EXHIBIT F



PRIDE
GARDEN
PRODUCTS

CARTS

GARDEN CENTERS

GROWERS

PRIDE GARDEN
PRODUCTS™

11
12




**TERRAIN COLLECTION**

## Arch



Terra Cotta    Charcoal

Brown    Ivory

## Floral



Terra Cotta    Charcoal

Brown    Ivory

## Garland



Terra Cotta    Charcoal

Brown    Ivory

## attice



Terra Cotta    Charcoal

Brown    Ivory

### D521 10" Jack-O-Lantern Fall Pallet

| ITEM# | DESCRIPTION | COLOR | SIZE | #/PALLET |
|---|---|---|---|---|
| 82111 | Happy Jack-o-Lantern | Orange | 10" x 6" | 240 |

### D540 10" Burgundy Pumpkin Fall Pallet

| ITEM# | DESCRIPTION | COLOR | SIZE | #/PALLET |
|---|---|---|---|---|
| 82113 | Pumpkin | Burgundy | 10" x 6" | 240 |

### D530 10" Orange Pumpkin Fall Pallet

| ITEM# | DESCRIPTION | COLOR | SIZE | #/PALLET |
|---|---|---|---|---|
| 82112 | Pumpkin | Orange | 10" x 6" | 240 |



82112    82113    82115

### D535 10" Pumpkin Mixed Fall Pallet

| ITEM# | DESCRIPTION | COLOR | SIZE | #/PALLET |
|---|---|---|---|---|
| 82112 | Jack-o-Lantern | Orange | 10" x 6" | 40 |
| 82113 | Pumpkin | Burgundy | 10" x 6" | 70 |
| 82115 | Pumpkin | Orange | 10" x 6" | 70 |



D535