# EXHIBIT G



# Dealer Price List
## 07/01/11 – 12/31/11

**PRIDE GARDEN PRODUCTS**™

10% off orders placed at select trade shows. See page 25 for details.

PLANTERS · CARTS

2011



Pride Garden Products
p.866.304.2626 • f. 610.265.3978
sales@thepridegroup.com
www.pridegarden.com

Pride Garden Products
Dealer Price List 07/01/11 - 12/31/11

## Terrain Collection continued from the previous page

### D581 16" Terrain Planter Mixed Pallet (page 34)

| Item # | Description | Color | Size | UPC | Volume Gal/L | Qty on Pallet | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|---|
| 81302 | 16" Arch Patio | Terra Cotta | 16" x 12" | 814699015678 | 5.5/21 | 4 | $ 13.60 | $ 54.40 |
| 81305 | 16" Arch Patio | Charcoal | 16" x 12" | 814699016088 | 5.5/21 | 4 | $ 13.60 | $ 54.40 |
| 81304 | 16" Arch Patio | Brown | 16" x 12" | 814699015692 | 5.5/21 | 4 | $ 13.60 | $ 54.40 |
| 81303 | 16" Arch Patio | Ivory | 16" x 12" | 814699015685 | 5.5/21 | 4 | $ 13.60 | $ 54.40 |
| 81311 | 16" Floral Patio | Terra Cotta | 16" x 12" | 814699015715 | 5.5/21 | 4 | $ 13.60 | $ 54.40 |
| 81331 | 16" Floral Patio | Charcoal | 16" x 12" | 814699016101 | 5.5/21 | 4 | $ 13.60 | $ 54.40 |
| 81321 | 16" Floral Patio | Brown | 16" x 12" | 814699015746 | 5.5/21 | 4 | $ 13.60 | $ 54.40 |
| 81351 | 16" Floral Patio | Ivory | 16" x 12" | 814699015777 | 5.5/21 | 4 | $ 13.60 | $ 54.40 |
| 81312 | 16" Garland Patio | Terra Cotta | 16" x 12" | 814699015722 | 5.5/21 | 4 | $ 13.60 | $ 54.40 |
| 81332 | 16" Garland Patio | Charcoal | 16" x 12" | 814699016118 | 5.5/21 | 4 | $ 13.60 | $ 54.40 |
| 81322 | 16" Garland Patio | Brown | 16" x 12" | 814699015753 | 5.5/21 | 4 | $ 13.60 | $ 54.40 |
| 81352 | 16" Garland Patio | Ivory | 16" x 12" | 814699015784 | 5.5/21 | 4 | $ 13.60 | $ 54.40 |
| 81310 | 16" Lattice Patio | Terra Cotta | 16" x 12" | 814699015708 | 5.5/21 | 4 | $ 13.60 | $ 54.40 |
| 81330 | 16" Lattice Patio | Charcoal | 16" x 12" | 814699016095 | 5.5/21 | 4 | $ 13.60 | $ 54.40 |
| 81320 | 16" Lattice Patio | Brown | 16" x 12" | 814699015739 | 5.5/21 | 4 | $ 13.60 | $ 54.40 |
| 81350 | 16" Lattice Patio | Ivory | 16" x 12" | 814699015760 | 5.5/21 | 4 | $ 13.60 | $ 54.40 |
| Total | | | | | | 64 | | $ 870.40 |

### D521 10" Jack-O-Lantern Fall Pallet (page 35)

| Item # | Description | Color | Size | Volume L/FL OZ | UPC | Qty on Pallet | Unit Price |
|---|---|---|---|---|---|---|---|
| 82111 | Happy Jack-O-Lantern | Orange | 10" x 6" | call for info | 814699018006 | 240 | $ 6.36 |
| Total | | | | | | | $ 1,526.40 |

### D540 10" Burgundy Pumpkin Fall Pallet (page 35)

| Item # | Description | Color | Size | Volume L/FL OZ | UPC | Qty on Pallet | Unit Price |
|---|---|---|---|---|---|---|---|
| 82113 | Pumpkin | Burgundy | 10" x 6" | call for info | 814699018020 | 240 | $ 6.36 |
| Total | | | | | | | $ 1,526.40 |

### D530 10" Orange Pumpkin Fall Pallet (page 35)

| Item # | Description | Color | Size | Volume L/FL OZ | UPC | Qty on Pallet | Unit Price |
|---|---|---|---|---|---|---|---|
| 82112 | Pumpkin | Orange | 10" x 6" | call for info | 814699018013 | 240 | $ 6.36 |
| Total | | | | | | | $ 1,526.40 |

### D535 10" Pumpkin Mixed Fall Pallet (page 35)

| Item # | Description | Color | Size | UPC | Volume L/FL OZ | Qty on Pallet | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|---|
| 82111 | Happy Jack-O-Lantern | Orange | 10" x 6" | 814699018006 | call for info | 40 | $ 6.36 | $ 254.40 |
| 82113 | Pumpkin | Burgundy | 10" x 6" | 814699018020 | call for info | 70 | $ 6.36 | $ 445.20 |
| 82112 | Pumpkin | Orange | 10" x 6" | 814699018013 | call for info | 70 | $ 6.36 | $ 445.20 |
| Total | | | | | | 180 | | $ 1,144.80 |